■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v IDRESS HAMBY, Appellant. [929 NYS2d 853]—

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*see People v Lingle*, 16 NY3d 621 [2011]). Concur—Andrias, J.P., Sweeny, Moskowitz, Richter and Román, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALVARO CUMBERBATCH, Appellant. [930 NYS2d 170]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Budd G. Goodman, J.), rendered on or about February 11, 2004, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Andrias, J.P., Sweeny, Moskowitz, Richter and Román, JJ.